# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR 45 | E1763380 | 6R1722 | 1722 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7-9-25 2339 hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41 CFR 102-74.390(c)

Place of Offense: 4310 SW MacAdam (Driveway)

Offense Description: Factual Basis for Charge  HAZMAT ☐

Impeding or disrupting the performance of official duties of a government employee.

### DEFENDANT INFORMATION

Last Name: Flores
First Name: Sabrina
MI: M

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 1600 SW Third Ave. Portland, OR 97204
Date: TBD
Time: TBD

X Defendant Signature: [signature]

Original - CVB Copy

*E1763380*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7-9-25, 20 25 while exercising my duties as a law enforcement officer in the _____ District of Oregon

See Attached PC Statement

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7-9-25   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/21/2025 9:29