Chandra Leigh Peterson, CA SBN 306935
Assistant Federal Public Defender
Email: Chandra_Peterson@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

FILED 09 MAR '26 14:48 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-po-00459-HL-1 |
| Plaintiff, | |
| v. | CONVENTIONALLY FILED EXHIBIT TO MOTION TO DISMISS (CR 28) |
| SABRINA M. FLORES, | |
| Defendant. | |

The following Exhibit to Defendant's Motion to Suppress is submitted to the court on thumb drive for conventional filing:

Exhibit B: Video of Incident and Arrest on July 9, 2025

Dated: March 9, 2026.

s/ Chandra Leigh Peterson
Chandra Leigh Peterson, CA SBN 306935

Page 1 Conventionally Filed Exhibit to Motion to Dismiss (CR 28)

