SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Assistant United States Attorney
Bryan.Chinwuba@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-po-00459-HL** |
| **v.** | **Citation No. E1763380 – OR 45** |
| **SABRINA M. FLORES,** | **GOVERNMENT'S MOTION TO DISMISS** |
| **Defendant.** | |

The United States of America, by Scott E. Bradford, United States Attorney for the

District of Oregon, through Bryan Chinwuba, Assistant United States Attorney for the District of

Oregon, hereby moves this Court hereby moves this Court for an order pursuant to Rule 48(a)

Fed. R. Crim. P. dismissing without prejudice the citation issued on July 9, 2025, in the interest

of justice.

Dated: March 17, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney

**Motion**                                                                                             **Page 1**