# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-po-00459-HL |
| v. | Citation No. E1763380 – OR 45 |
| SABRINA M. FLORES, | ORDER |
| Defendant. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the citation issued on July 9, 2025, be dismissed without prejudice.

Dated: March 18, 2026

_____
THE HONORABLE ANDREW D. HALLMAN
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

_/s/ Bryan Chinwuba_____
BRYAN CHINWUBA, ILSB # 6323733
Assistant United States Attorney

**Order**